UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GARY LENTZ** <br><br> Plaintiff, <br><br><br> vs. <br><br> **MDOC et al.,** <br><br> Defendants. | **2:24-CV-10198-TGB-KGA** <br><br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 121)** |

This matter is before the Court on Magistrate Judge Kimberly G. Altman's June 18, 2025 Report and Recommendation (ECF No. 121) recommending that Defendant Valenzik be dismissed.

The Court has reviewed Judge Altman's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id.*

Where, as here, neither party has lodged objections to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn,* 474 U.S. 140, 149-52 (1985). The Court will, therefore,

accept Judge Altman's Report and Recommendation of June 18, 2025 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Judge Altman's Report and Recommendation of June 18, 2025, (ECF No. 121) is **ACCEPTED** and **ADOPTED**. Accordingly, Defendant Valenzik is **DISMISSED**.

**SO ORDERED**.

Dated: February 10, 2026

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served via electronic and/or ordinary mail.

Dated:  February 10, 2026                By: <u>E. Vradenburg</u>
                                                          Case Manager


                                   BY THE COURT:


                                   <u>s/ Terrence G. Berg</u>
                                   TERRENCE G. BERG
                                   United States District Judge

3